ACCEPTED
06-15-00131-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 7:25:03 AM
DEBBIE AUTREY
CLERK

# CERTIFICATE OF COMPLIANCE

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 7:25:03 AM
DEBBIE AUTREY
Clerk

I certify that this document Appellant's Brief was prepared with Microsoft Word 2013, and that, according to that program's word-count function, the sections covered by TRAP 9.4(i)(1) contain 1,060 words.

_____ /s/ Christopher L King_____
**Christopher L King**